AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

1:24cv311 LG-BWR

# UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF MISSISSIPPI

FILED OCT 10 2024 ARTHUR JOHNSTON BY_____ DEPUTY

~~FILED JUL 26 2024 ARTHUR JOHNSTON BY_____ DEPUTY~~

K'olin Je'von Boyd
_____
Petitioner

v.

Case No. 1:24 cv 231 TBM-RPM
(Supplied by Clerk of Court)

Jackson CO. ADC.
_____
Respondent
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: K'olin Je'von Boyd
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: Jackson CO. ADC.
   (b) Address: 65 Bruce Evans Dr. Pascagoula, MS. 39567
   (c) Your identification number: _____

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain: _____

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

Case 1:24-cv-00311-LG-BWR   Document 2   Filed 10/10/24   Page 2 of 8
Case 1:24-cv-00231-TBM-RPM   Document 1   Filed 07/26/24   Page 2 of 8

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☑ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: __Jackson Co. Circuit Court__
   (b) Docket number, case number, or opinion number: __2022-10,556__
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
   __BW Status Continuance__
   (d) Date of the decision or action: __05/17/24__

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes   ☐ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: __Jackson Co. ADC grievance__
   (2) Date of filing: __05-20-24__
   (3) Docket number, case number, or opinion number: _____
   (4) Result: __Unresolved__
   (5) Date of result: __05-24-24__
   (6) Issues raised: __I've seen judge and received new court dates requested warrant lifted so I may bond out__

   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☑ Yes   ☐ No

Page 3 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
 (1) Name of the authority, agency, or court: __Jackson CO. Circuit Court__

 (2) Date of filing: __05-22-24__
 (3) Docket number, case number, or opinion number: ____
 (4) Result: __filed__
 (5) Date of result: __05-31-24__
 (6) Issues raised: __requested motion hearing for continuance & Dismissal__

(b) If you answered "No," explain why you did not file a second appeal: ____

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes    ☒ No
(a) If "Yes," provide:
 (1) Name of the authority, agency, or court: ____

 (2) Date of filing: ____
 (3) Docket number, case number, or opinion number: ____
 (4) Result: ____
 (5) Date of result: ____
 (6) Issues raised: ____

(b) If you answered "No," explain why you did not file a third appeal: __was told it was nothing I could do about it.__

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes    ☒ No
If "Yes," answer the following:
(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
 ☐ Yes    ☐ No

Page 4 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☑ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____
_____
_____
_____
_____
_____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☑ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☑ Yes    ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: Motion to Dismiss # Speedy trial.
(b) Name of the authority, agency, or court: Jackson CO. Circuit Court
(c) Date of filing: 05-22-24
(d) Docket number, case number, or opinion number: 203224708
(e) Result: Filed
(f) Date of result: 05-31-24
(g) Issues raised: Jeopardy - Case 203224708 is a dui 3rd case thats already under a continuance in Jackson CO. Justice Court. This violates my right to be free of Jeopardy which applied oppening statements of Justice courts bench trial. This violates my 14th Admendment right. Being construed to defy me liberty.

Page 6 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

GROUND ONE: Violation of Rights

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
free from construed to defy right to fair + equal trial

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes   ☐ No

GROUND TWO: Jeopardy

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
this case is open in misdemeanor court and so is a mistrial.

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes   ☐ No

GROUND THREE: _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

Page 7 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: *I pray the Courts grant me relief in the form of Money damages and Dismissal of Charge.*

Page 8 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

07-18-24

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 07-18-24

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_

Page 9 of 9